UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE RICE o/b/o EL GRANITO FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br><br>　　　　　Defendant, | CIV-F O6-0283 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MAY 1, 2006 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant has made a motion to dismiss the complaint for lack of subject matter jurisdiction. The hearing for the motion was set for May 1, 2006. Plaintiff has not filed an opposition as of April 24, 2006. Under Local Rule 28-230(c), any response was due no less than 14 days before the date of hearing. That deadline has passed, and Plaintiff is no longer entitled to be heard in opposition. The court has reviewed the papers and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 1, 2006, is VACATED, and no party shall appear at that time. The matter is taken under submission.

IT IS SO ORDERED.

Dated:　**April 28, 2006**　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1